UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAYANI SALCEDO,<br><br>                    Plaintiff,<br><br>        v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC,<br><br>                    Defendant. | CASE NO. **2:26-cv-02129-TL**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 4** |

The Court **GRANTS** Plaintiff's application to proceed in forma pauperis (Dkt. 4). The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 2nd day of July, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS, DKT. 4 - 1